IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLEBURNE TRAINING & FITNESS, INC. and NORTH NOLAN ROAD HOLDINGS, INC. d/b/a REAL PERFORMANCE, *Plaintiffs,* | § § § § § | |
| VS. | § § | CIVIL ACTION NO. 3:24-cv-00410 |
| CHURCH MUTUAL INSURANCE COMPANY, *Defendant.* | § § § § | |

### INDEX TO NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Church Mutual Insurance Company ("CMIC" or "Defendant") files this Index to Notice of Removal, containing the following documents required by Local Rule 81.1, including materials from Case No. DC-C202400035; *Cleburne Training & Fitness, Inc. and North Nolan Road Holdings, Inc. d/b/a Real Performance v. Church Mutual Insurance Company.*; in the 18th Judicial District of Johnson County, Texas:

- Exhibit 1:   Index of Matters Being Filed;
- Exhibit 2:   Civil Cover Sheet and Supplemental Cover Sheet;
- Exhibit 3:   The State Court's Docket Sheet;
- Exhibit 4:   Plaintiffs' Original Petition;
- Exhibit 5:   Citation Served on Church Mutual Insurance Company;
- Exhibit 6:   Defendant's Original Answer and General Denial;
- Exhibit 7:   Certificate of Interested Parties and Rule 7.1 Disclosures Statement; and
- Exhibit 8:   DTPA Notice Letter.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**

By: */s/ Jennifer M. Kearns*
Jennifer M. Kearns
State Bar No. 24049865
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Telephone: (713) 403-8276
jkearns@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT,
CHURCH MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2024, a true and correct copy of the foregoing has been served on Plaintiffs' counsel in accordance with the Federal Rules of Civil Procedure:

Benjamin D. Doyle
State Bar No. 24080865
STOCKARD, JOHNSTON, BROWN, NETARDUS & DOYLE, P.C.
P.O. Box 3280
Amarillo, Texas 79116-3280
Telephone: (806) 372-2202
Facsimile: (806) 379-7799
bdoyle@sjblawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

                                    */s/ Jennifer M. Kearns*
                                    Jennifer M. Kearns