UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLEBURNE TRAINING & FITNESS, INC. and NORTH NOLAN ROAD HOLDINGS, INC. d/b/a REAL PERFORMANCE, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-0410-B |
| CHURCH MUTUAL INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## AMENDED SCHEDULING ORDER

The Court hereby amends its prior Scheduling Order (Doc. 10) by establishing the following deadlines in this action.

### I. SUMMARY OF CRITICAL DATES

| | |
|---|---|
| Deadline for Pretrial Materials (pretrial order etc.)(¶ 8) | April 14, 2025 |
| Settlement Conference (¶ 10) | Ten days prior to the pretrial conference |
| Exchange of Exhibits (¶ 9) | Two days prior to the pretrial conference |
| Pretrial Conference (¶ 9) | May 23, 2025 at 10:00 AM |
| Trial Date (¶ 1) | Tuesday, May 27, 2025 |

All other provisions and requirements of the Court's prior Scheduling Order remain in force.

**SO ORDERED.**

SIGNED: March 21, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE