(3) Any Covered Property for which "actual cash value" coverage is specified in the Schedule of this endorsement.

      "Actual cash value" includes deductions for depreciation.

  g. If any one of the following conditions is met, property held for sale by you will be valued at the sales price as if no loss or damage had occurred, less any discounts and expenses that otherwise would have applied:

      (1) The property was manufactured by you;

      (2) The sales price of the property is less than the replacement cost of the property; or

      (3) You are unable to replace the property before its anticipated sale.

  h. Except as specifically provided for under the Data Restoration Coverage Extension, "data" and "media" will be valued on the following basis:

      (1) For mass-produced and commercially available software, at the replacement cost.

      (2) For all other "data" and "media", at the cost of blank "media" for reproducing the records. We will not pay for "data" representing financial records based on the face value of such records.

**G. Definitions**

With regard to the coverage provided by this Endorsement, the following definitions apply in addition to the definitions provided in the Coverage Form to which this Endorsement applies:

1. "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

  a. Mechanical breakdown, including physical damage caused by centrifugal force.

  b. Artificially generated electrical current, including electrical arcing, that damages electrical devices, appliances or wires.

  c. Explosion, other than combustion explosion, of steam boilers, steam engines, steam pipes or steam turbines.

  d. Sudden physical damage not otherwise excluded occurring inside steam boilers, steam engines, steam pipes or steam turbines.

  e. Sudden physical damage not otherwise excluded occurring inside hot water boilers or other equipment used to heat water.

  f. Bursting, cracking or splitting, but not including any bursting, cracking or splitting associated with an explosion.

2. "Actual cash value" means the replacement cost for parts, equipment or other property less depreciation.

  However, the "actual cash value" will not be less than 25% of the actual replacement cost.

  As used above, depreciation means the ratio of the age of the property ==at the time of loss== to its expected useful life.

  Depreciation will not be applied to labor or other costs necessary to complete the repair or replacement.

3. "Animal"

  a. "Animal" means any creature of the kingdom Animalia. This includes, but is not limited to, amphibians, birds, fish, insects, mammals, reptiles, and worms.

  b. "Animal" does not mean or include any human being.

4. "Boilers and vessels" means:

  a. Boilers;

  b. Piping, valves or fittings that:

      (1) Convey steam; or

      (2) Are part of a closed loop system connected to a boiler.

  c. Condensate tanks; and

  d. Fired or unfired vessels which during normal usage, operate under vacuum or pressure, other than the weight of contents.

CMCP 04 26 TX 02 20　　　　　　　　　Copyright CM Insurance, 2020　　　　　　　　　Page 11 of 15
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

CHURCH MUTUAL - Cleburne Training & Fitness (00001263151) 000112
**EXHIBIT 3**