# METAL ROOF ADVISORY GROUP, LTD.

November 25, 2024

Church Mutual Insurance Company
c/o Mark Kressenberg
Thompson Coe
4400 Post Oak Parkway, Suite 1000
Houston, TX  77027

SUPPLEMENTAL REPORT
METAL ROOFING: HAIL DAMAGE
CLEBURNE TRAINING AND FITNESS CENTER
1014-A NORTH NOLAN RIVER ROAD; CLEBURNE, TX 76033

## BACKGROUND

We recently received the following information pertaining to the Cleburne Training and Fitness Center:

1) Metallographic Laboratory Report, titled "Evaluation of Hail Damage to Galvalume Coated Roof", dated November 20, 2024.

## FINDINGS AND CONCLUSIONS

In this supplemental report, we summarize the findings of the laboratory report and discuss how these findings complement the conclusions of our original report, dated October 4, 2024.  We note the following comments from the first page of their report that "no evidence of cracking or damage to the GALVALUME coating was observed in any of the four samples" that were analyzed; that "the droplet-like appearance of the iron oxide indicates an unknown external source of contamination is likely"; and that their analysis "revealed minimal areas of corrosion of the metallic coating typical of a roof of this age."   More specifically:

**Page 5:** The cross-sectional photographs of sample 1A in their Figure 2 show an intact Galvalume coating in the divot with no indication of coating cracking or base steel corrosion.

**Page 7:** The FESEM backscattered electron images of sample 1B in their Figure 6 show the presence of iron oxide material outside of the hail impact region which they describe as having a droplet-like appearance that they ascribe to an unknown external source of contamination.

**Page 10:** The FESEM backscattered electron images of sample 2 in their Figure 11 again show an intact Galvalume coating in the divot with no indication of coating cracking or base steel corrosion.  What may appear as cracks to the untrained eye from that figure, reproduced below, is nothing more than the

*Eighty Six Fifty Five Table Butte Road*
*Colorado Springs, Colorado   (USA) 80908*
*719 495-8407 (voice)  719 495-0045 (fax)*

interdendritic regions of the coating which provide corrosion resistance to the base steel and in doing so, fill up with corroded material that subsequently blocks further intrusion of the elements.



Note the interdendritic areas which may appear to be cracks to the untrained eye.

| EDS Spot | Composition (Wt%) | | | | |
|---|---|---|---|---|---|
| | O | Al | Si | Fe | Zn |
| 1 | 4.3 | 54.3 | 8.2 | 23.4 | 9.8 |
| 2 | 9.5 | 73.3 | 1.2 | | 16.0 |
| 3 | 32.4 | 57.0 | 0.9 | 0.7 | 9.0 |
| 4 | 28.7 | 45.6 | 2.8 | 0.1 | 22.7 |
| 5 | 54.0 | 19.6 | 23.6 | 0.3 | 2.5 |

**Figure 11 from the Metallographic Laboratory Report**

## SUMMARY

In summary, we concur with the findings of the laboratory report and find that they firmly support the conclusions we detailed in our report dated October 4, 2024. We stand by our overall conclusion in that

2

CHURCH MUTUAL - Cleburne Training & Fitness (00001263151) 001325

report that there is no evidence which conclusively demonstrates that the impact of hail from the March 16, 2023 hailstorm has diminished the performance, service life, or value of the subject roofs from a functional perspective.
(End of Report)

Submitted by email or WeTransfer on the day first above written.

Rob Haddock, Director, Contributing Author        Ronald J. Dutton, Principal Author
Metal Roof Advisory Group, Ltd.                   Ron Dutton Consulting Services LLC

United States Steel Corporation
Research and Technology Center
800 East Waterfront Drive
Munhall, PA 15120-5044
412 433 7248
email: feshannon@uss.com

**Faye E. Shannon**
Engineering Technician IV– Product Testing & Characterization
Research

November 20, 2024

Ronald J. Dutton
Ron Dutton Consulting Services LLC
862 Woodmont Road
Annapolis, MD  21401
443.569.2030

Dear Ron,

Subject:   Evaluation of Hail Damage to GALVALUME® Coated Roof

Five samples from a GALVALUME® coated roof located in Cleburne, Texas and of more than 30 years in age were submitted to the U.S. Steel Research & Technology Center for examination.  Samples Core 1 through Core 5, as shown in Figure 1 in the as-received condition, exhibited surface divots believed to be damage from hail.  Pre-cut sections of samples Core 1 (Areas A and B), Core 2 and Core 4 were selected for further analysis and examined using field emission scanning electron microscopy (FESEM) in backscattered imaging mode (HDBSD) and energy dispersive spectroscopy (EDS) for chemical composition.

Prior to cross-section, the surface of sample Core 1B was examined to compare an area within the hail impact region to an area outside of the hail impact region (Figures 5 and 6).  Previous analysis from another laboratory, presented evidence of surface iron oxide within the impact zone, suggesting that hail damaged the metallic coating and caused premature corrosion of the steel substrate material.  This investigation did not find evidence of surface iron oxide within the impact region of sample Core 1B but did find surface iron oxide outside of the impact region.  The droplet-like appearance of the iron oxide indicates an unknown external source of contamination is likely.

Cross-sections were taken through the center of the impact regions of samples Core 1A, Core 1B, Core 2 and Core 4 (Figures 2 through 4 and 7 through 15).  No evidence of cracking or damage to the GALVALUME® coating was observed in any of the four samples.  EDS spot analysis and elemental mapping revealed minimal areas of corrosion of the metallic coating typical of a roof of this age.

Should you have any questions regarding this investigation, please feel free to contact me by email at feshannon@uss.com or phone at (412) 433-7248.


   */s/ Faye E. Shannon*


FEShannon

CHURCH MUTUAL - Cleburne Training & Fitness (00001263151) 001327

cc:
    E. A.  Lindborg
    S. A. Bishop
    D. J.  Sakkinen
    W. K.  Schlichting
    D. M. Williams
    Central Files

2

CHURCH MUTUAL - Cleburne Training & Fitness (00001263151) 001328



**Figure 1.** Digital images of the as-received samples. The pre-cut sections highlighted with a box are the areas selected for further analysis.

3

CHURCH MUTUAL - Cleburne Training & Fitness (00001263151) 001329






**Figure 1 (continued).** Digital images of the as-received samples. The pre-cut section highlighted with a box is the area selected for further analysis.

4

CHURCH MUTUAL - Cleburne Training & Fitness (00001263151) 001330

## *Sample 1A cross-section*



**Figure 2.** FESEM backscattered electron images of cross-section Core 1A at 20x and 100x magnifications.



| EDS Spot | Composition (Wt%) | | | | |
|---|---|---|---|---|---|
| | O | Al | Si | Fe | Zn |
| 1 | 24.3 | 43.3 | 0.3 | 0.6 | 31.6 |
| 2 | 4.6 | 58.5 | 0.8 | 0.4 | 35.7 |
| 3 | 22.4 | 52.0 | 1.3 | 0.3 | 24.0 |
| 4 | 6.8 | 73.7 | 0.7 | | 18.8 |
| 5 | 22.2 | 66.9 | 1.0 | | 9.9 |
| 6 | 11.0 | 59.2 | 1.0 | 0.8 | 28.0 |

**Figure 3.** FESEM backscattered electron cross-section image of sample Core 1A at 1000X magnification with areas marked for EDS (table).

5

CHURCH MUTUAL - Cleburne Training & Fitness (00001263151) 001331





**Figure 4.** EDS maps of individual elements and overlay of sample Core 1A cross-section.

CHURCH MUTUAL - Cleburne Training & Fitness (00001263151) 001332

## *Sample 1B surface*



| EDS Spot | Composition (Wt%) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | O | Mg | Al | Si | P | S | Cl | K | Ca | Fe | Zn |
| 1 | 55.8 | | 8.7 | 24.3 | | | | 9.8 | | | 1.4 |
| 2 | 58.0 | 0.5 | 1.8 | 37.5 | | | | 0.3 | | 0.6 | 1.3 |
| 3 | 50.1 | 0.8 | 17.4 | 17.3 | 0.5 | 1.3 | 1.0 | 1.3 | 3.3 | 3.0 | 3.8 |
| 4 | 45.8 | 0.7 | 6.2 | 39.5 | 0.4 | | | 0.8 | 0.4 | 2.4 | 3.8 |

**Figure 5.** FESEM backscattered electron images at 25X and 2000X magnifications of sample Core 1B surface within the impact region with areas marked for EDS (table).



| EDS Spot | Composition (Wt%) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | O | Al | Si | P | S | Cl | Ca | Cr | Fe | Zn |
| 1 | 34.5 | 1.1 | 0.3 | | | | | | 61.1 | 3.1 |
| 2 | 33.5 | 1.4 | 0.7 | | | | | | 61.7 | 2.8 |
| 3 | 5.8 | 62.7 | 0.8 | | | | | | 0.7 | 30.0 |
| 4 | 22.6 | 47.0 | 2.3 | 0.6 | 0.2 | 0.3 | 0.4 | 3.7 | 2.3 | 20.5 |

**Figure 6.** FESEM backscattered electron images at 25X and 2000X magnifications of sample Core 1B surface outside of the impact region with areas marked for EDS (table).

7

CHURCH MUTUAL - Cleburne Training & Fitness (00001263151) 001333

## *Sample 1B cross-section*





**Figure 7.** FESEM backscattered electron images of sample Core 1B cross-section at 20X and 100X magnifications.



| EDS Spot | Composition (Wt%) | | | | |
|---|---|---|---|---|---|
| | O | Al | Si | Fe | Zn |
| 1 | 2.1 | 56.9 | 7.0 | 25.7 | 8.2 |
| 2 | 50.1 | 40.2 | 0.8 | | 8.9 |
| 3 | 13.0 | 73.0 | 0.8 | 0.4 | 12.8 |
| 4 | 41.4 | 43.3 | 3.8 | 2.6 | 8.9 |
| 5 | 14.9 | 65.9 | 1.6 | | 17.7 |
| 6 | 33.2 | 37.1 | 0.9 | | 28.8 |

**Figure 8.** FESEM backscattered electron cross-section image of sample Core 1B at 1000X magnification with areas marked for EDS (table).

CHURCH MUTUAL - Cleburne Training & Fitness (00001263151) 001334





**Figure 9.** EDS maps of individual elements and overlay of sample Core 1B cross-section.

9

CHURCH MUTUAL - Cleburne Training & Fitness (00001263151) 001335

## *Sample 2 cross-section*



**Figure 10.** FESEM backscattered electron images of Sample 2 cross-section at 20X and 100X magnifications.



| EDS Spot | Composition (Wt%) | | | | |
|---|---|---|---|---|---|
| | O | Al | Si | Fe | Zn |
| 1 | 4.3 | 54.3 | 8.2 | 23.4 | 9.8 |
| 2 | 9.5 | 73.3 | 1.2 | | 16.0 |
| 3 | 32.4 | 57.0 | 0.9 | 0.7 | 9.0 |
| 4 | 28.7 | 45.6 | 2.8 | 0.1 | 22.7 |
| 5 | 54.0 | 19.6 | 23.6 | 0.3 | 2.5 |

**Figure 11.** FESEM backscattered electron cross-section image of Sample Core 2 at 1000X magnification with areas marked for EDS (table).

10

CHURCH MUTUAL - Cleburne Training & Fitness (00001263151) 001336



**Figure 12.** EDS maps of individual elements and overlay of sample Core 2 cross-section at 1000X.

11

**CHURCH MUTUAL - Cleburne Training & Fitness (00001263151) 001337**

## *Sample 4 cross-section*



**Figure 13.** FESEM backscattered electron images of sample Core 4 cross-section at 20X and 100X magnifications.



| EDS Spot | Composition (Wt%) | | | | |
|---|---|---|---|---|---|
| | O | Al | Si | Fe | Zn |
| 1 | 1.7 | 18.9 | 64.0 | 0.5 | 15.0 |
| 2 | 14.1 | 74.8 | 0.2 | | 11.0 |
| 3 | 7.5 | 65.7 | 16.7 | 0.3 | 9.7 |
| 4 | 12.7 | 26.9 | 12.6 | 0.5 | 47.3 |
| 5 | 4.0 | 75.0 | 4.9 | 0.7 | 15.4 |
| 6 | 4.2 | 62.1 | 1.4 | | 32.4 |

**Figure 14.** FESEM backscattered electron cross-section image of sample Core 4 at 1000X magnification with areas marked for EDS (table).

12

CHURCH MUTUAL - Cleburne Training & Fitness (00001263151) 001338





**Figure 15.**   EDS maps of individual elements and overlay of sample Core 4 cross-section at 1000X.

13

CHURCH MUTUAL - Cleburne Training & Fitness (00001263151) 001339